# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON BROWN<br><br>Plaintiff(s),<br><br>v.<br><br>SIMONS AGENCY, INC.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:17–cv–03813–ODW–E<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __9/22/2017__

Document Number(s):   __14__

Title of Document(s):   __Voluntary Dismissal of a Case (Pursuant to FRCP 41a (1)) WITH prejudice__

**ERROR(S) WITH DOCUMENT:**

Case is closed.

Proposed Document was not submitted as separate attachment.

Other:

case previously dismissed July 31, 2017 Without prejudice. A proposed order should have been submitted

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _September 25, 2017_         By:  _/s/ Linda Chai  Linda_Chai@cacd.uscourts.gov_
                                             Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(10/13) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

Case 2:17-cv-03813-ODW-E   Document 15   Filed 09/25/17   Page 2 of 2   Page ID #:37

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G–112A(10/13) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS